# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

138105

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BOARD OF EDUCATION OF THE
STANDISH-STERLING COMMUNITY
SCHOOL DISTRICT and CLAUDE L. INCH,
      Plaintiffs,

v

SC: 138105

COURT OF APPEALS,
      Defendant.

_____/

      On order of the Court, the complaint for superintending control is considered, and it is DISMISSED, because the plaintiffs could have filed an application for leave to appeal the judgment of the Court of Appeals. MCR 3.302(D)(2); MCR 7.304(A).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

d0518